ANN M. ASIANO   (SBN 094891)
MICHAEL A. KING (SBN 077014)
PETER F. FINN (SBN 267810)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA  94939
Telephone:  (415) 464-8888
Facsimile:   (415) 464-8887
aasiano@professionals-law.com

Attorneys for Defendants
CITY OF CLEARLAKE POLICE
DEPARTMENT and OFFICER LENZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| EDWARD STARSKI, | No. CV 10-03283 JL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| CITY OF CLEARLAKE POLICE DEPARTMENT and OFFICER LENZ of the CPD | |
| Defendant. | |

Based upon a good-faith settlement agreement reached by and between the parties to this action.

IT IS HEREBY STIPULATED by and between the parties and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS HEREBY FURTHER STIPULATED that this Court will retain jurisdiction for purposes of enforcing said settlement agreement.

///

///

BRADLEY CURLEY
ASIANO BARRABEE
ABEL & KOWALSKI
P.C.  1100 Larkspur
Landing Circle  Suite 200
Larkspur CA  94939
TEL (415) 464 8888
FAX (415) 464 8887

- 1 -

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1  Dated: /4 MAR 11 | _____<br>Plaintiff EDWARD STARSKI, pro se |
| 4  Dated: 16 March 2011 | BRADLEY, CURLEY, ASIANO,<br>BARRABEE, ABEL & KOWALSKI, P.C.<br><br>By: _____<br>ANN M. ASIANO<br>Attorney for Defendants<br>CITY OF CLEARLAKE POLICE DEPARTMENT<br>and OFFICER LENZ |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 17, 2011            _____
                                 HONORABLE JAMES LARSON
                                 United States Magistrate Judge

F:\DOCS\GH\8223\P\Stipulation of Dismissal version 2.wpd

BRADLEY CURLEY
ASIANO BARRABEE
ABEL & KOWALSKI
P.C.  1100 Larkspur
Landing Circle Suite 200
Larkspur CA 94939
TEL (415) 464 8888
FAX (415) 464 8887

- 2 -

STIPULATION OF DISMISSAL